THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT MUMMIANI, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted July 23, 1946; decided October 3, 1946.

Motion by appellant for reargument denied. [See 295 N. Y. 914.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARMINE PIZZA, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted July 23, 1946; decided October 3, 1946.

*Carmine Pizza,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Irving I. Waxman* of counsel), for respondent.

Motion for leave to appeal and to be heard on one original record and typewritten papers denied. Appeal taken as of right dismissed.